GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**GLENN DAVIS WONG**,<br><br>Debtor.<br><br>**GLENN DAVIS WONG,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SHELLPOINT MORTGAGE SERVICING, NEW PENN FINANCIAL, LLC, doing business as SHELLPOINT MORTGAGE SERVICING,**<br><br>**Defendant.** | Chapter 11<br><br>Case No. 10-33425-DM-11<br><br>Adversary No: 18-03045<br><br>**NOTICE OF HEARING ON PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF AGAINST OCWEN HOME LOANS, LLC.**<br><br>**Judge: Honorable Dennis Montali**<br>**Hearing Date: August 7, 2018**<br>**Hearing Time: 9:45 am**<br>**Location:** 16th Floor, Courtroom 17<br>450 Golden Gate Ave<br>San Francisco, Ca 94102 |

**To all parties and their attorneys of record:**

**PLEASE TAKE NOTICE** that Plaintiff's APPLICATION FOR INJUNCTIVE RELIEF AGAINST **SHELLPOINT MORTGAGE SERVICING, NEW PENN FINANCIAL, LLC, doing business as SHELLPOINT MORTGAGE SERVICING** will be heard in the above-captioned Court on Tuesday, August 7, 2018 at 9:45 am.

Plaintiff's Application consists of the Application, the Declaration of Attorney Geoffrey E. Wiggs, the attached Exhibits, and further testimony and documentary evidence as may be presented at the hearing.

oo0oo

| | |
|---|---|
| | LAW OFFICES OF GEOFF WIGGS |
| Dated: August 3, 2018 | By: */s/ Geoffrey E. Wiggs* |
| | Geoffrey E. Wiggs, Esq.<br>Attorney for Plaintiff |