GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**GLENN DAVIS WONG**,<br><br>Debtor.<br><br>**GLENN DAVIS WONG**,<br><br>**Plaintiff**,<br><br>v.<br><br>**SHELLPOINT MORTGAGE SERVICING, NEW PENN FINANCIAL, LLC**, doing business as **SHELLPOINT MORTGAGE SERVICING**,<br><br>**Defendant.** | Chapter 11<br><br>Case No. 10-33425-DM-11<br><br>Adversary No: 18-03045<br><br>**CERTIFICATE OF SERVICE – APPLICATION FOR INJUNCTIVE RELIEF AGAINST SHELLPOINT MORTGAGE SERVICING AND NEW PENN FINANCIAL, LLC**<br><br>**Judge: Honorable Dennis Montali**<br>**Hearing Date: August 7, 2018**<br>**Hearing Time: 09:45 am**<br>**Location:   16th Floor, Courtroom 17**<br>**450 Golden Gate Ave**<br>**San Francisco, Ca 94102** |

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:
1. **NOTICE OF HEARING ON PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF AGAINST NEW PENN FINANCIAL, LLC AND SHELLPOINT MORTGAGE SERVICING ;**
2. **APPLICATION FOR INJUNCTIVE RELIEF AGAINST NEW PENN FINANCIAL, LLC AND SHELLPOINT MORTGAGE SERVICING;**
3. **[CORRECTED] DECLARATION OF ATTORNEY GEOFFREY E. WIGGS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF AGAINST NEW PENN FINANCIAL, LLC AND SHELLPOINT MORTGAGE SERVICING;**
4. **EXHIBITS 1, 2, and 3;**
5. **CERTIFICATE OF SERVICE;**

in the following manner(s):

**By email to**
   [lossmitigation@shellpointmtg.com](mailto:lossmitigation@shellpointmtg.com)

   Such email address was provided to me, personally, by customer service representatives in the Loss Mitigation Department of Shellpoint Mortgage Servicing

**By Facsimile transmission: B**y causing a true and correct copy of said document(s) to be transmitted by facsimile transmission to the telephone number(s) listed herein, known by or represented to me to be the receiving telephone number for facsimile transmission of the parties, persons, and law firms listed herein. The transmissions were reported as complete and without error.

**Facsimile number:**
   **866-467-1187**

   Such facsimile number was provided to me, personally, by customer service representatives in the Loss Mitigation Department of Shellpoint Mortgage Servicing. The transmission was sent to the Attention of Loss Mitigation and Jerry Schiano, CEO of Shellpoint Mortgage Servicing.

**By Overnight Delivery** [C.C.P. 1013(c)]: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

The envelope(s) were addressed to those parties at the address(es) below:
Shellpoint Mortgage Servicing
Attn: Jerry Schiano, CEO
55 Beattie Place, Suite 500 MS-501
Greenville, SC 29601

New Penn Financial, LLC
Attn: Kevin Harrigan
4000 Chemical Road, Suite 200
Plymouth Meeting, PA 19462

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **August 3, 2018** at San Mateo, California.

/s/ Geoffrey E. Wiggs
**Geoffrey E. Wiggs**